**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

| Joseph A Pastore | Case No. 20-12318 |
|---|---|
| | Chapter 13 |
| Debtor, | Judge LaShonda A. Hunt (Joliet) |

## MOTION TO EXTEND TIME TO FILE CLAIM & ALLOW CLAIM

Counsel for Selene Finance LP as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, has filed a motion to extend time to file a proof of claim for an additional 45 days.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to enter this order. You must:

File with the court a written response or an answer at least two (2) business days prior to the presentment date as indicated below. If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Should an Objection be timely filed, the court will hold a hearing on the request to extend the time to file a proof of claim. If a timely objection is not filed the court may grant this motion without a hearing.

This hearing will take place on September 25, 2020 at 10:15 a.m. before the Honorable LaShonda A. Hunt at the United States Bankruptcy Court, 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604.

### Certificate of Service

I, Jordan Tucker, state that on the 16th day of September 2020, I served a copy of the Motion to Extend Time to File Claim, Proposed Order, and Proof of Service of same upon:

Flora Lynch
300 E. 5th Avenue
Suite 365
Naperville, IL 60532

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532

Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604

Joseph A Pastore
2903 Sibling Court
Naperville, IL 60564

by placing same in a well-sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester, State of Michigan to Debtor and the City of Rochester, and via CM-ECF electronic filing to Debtor's Attorney, and the Trustee.

                                             ***/S/ Jordan Tucker*_____***
                                             Jordan Tucker

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:

| | |
|---|---|
| Joseph A. Pastore | Case No. 20-12318 |
| | Chapter 13 |
| Debtor, | Judge LaShonda A. Hunt (Joliet) |

## MOTION TO EXTEND TIME TO FILE CLAIM & ALLOW CLAIM

Selene Finance LP ("Movant") moves this Court for an Order to Allow a Late Claim and extend the time to file the claim with respect to the Real Property Located at 2903 Sibling Court, Naperville, IL 60564:

1. On June 11, 2020, the Debtor filed the above captioned case under title 11 of the United States Bankruptcy Code.

2. Jurisdiction and venue are proper in this court, and the deadline to file claims was August 20, 2020.

3. Creditor is preparing a claim in the above captioned case and anticipates filing the claim in the next week.

4. Creditor needed additional time to prepare the proof of claim due to the loan being serviced transferred, as well as the amount and length of the arrears in the case.

5. Creditor seeks to allow the proof of claim and have it paid by the standing trustee, and to participate in the case.

6. Allowing the claim provides for an orderly distribution to the creditor and allows the creditor to participate in the above bankruptcy.

7. Creditor seeks to extend the time to file the proof of claim and have the claim allowed to October 1, 2020.

**WHEREFORE,** Movant requests that this Honorable Court approve the Motion to Extend time to File a Claim to October 1, 2020, with respect to the real property located at 2903 Sibling Court, Naperville, IL 60564 allow its secured claim to stand as filed, and for such other relief that court deems necessary and just.

Dated: September 16, 2020

*/s/ Marc G. Wagman*
Potestivo & Associates, P.C.
Marc G. Wagman
223 W Jackson Blvd., Suite 610
Chicago, IL 60606
Telephone: 312-263-0003
Main Fax: 312-263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Selene Finance, LP
mwagman@potestivolaw.com